# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0668
LT Case No. 2022-CF-003669-A

_____

MIKE CHRISTIAN HERNANDEZ,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.801 Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Mike Christian Hernandez, Milton, pro se.

No Appearance for Appellee.

December 30, 2025

PER CURIAM.

    AFFIRMED.

WALLIS, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____